UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>COOPER MORGENTHAU,<br><br>Defendant. | 23-CR-002 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a renewed *pro se* request from defendant Cooper Morgenthau for early termination of his term of supervised release. Dkt. 25. The Government's response is due **December 7, 2026**. The Court does not invite a reply.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 23, 2026
New York, New York